JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 14-1712-DOC(DFMx)                                      Date: December 4, 2014

Title: PASTOR ROMERO, ET AL. V. NATIONSTAR MORTGAGE LLC, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

On November 12, 2014, this Court granted Defendant's motion to dismiss as unopposed, but gave Plaintiffs an opportunity to file an amended complaint by December 1, 2014. (Dkt. 10). As of the writing of this order, Plaintiffs have not filed an amended complaint or any other papers. Thus, the Court orders that Plaintiffs' case be DISMISSED for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN                                                                                  Initials of Deputy Clerk:  djg