UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| PASTOR ROMERO and SANDRA ROMERO,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a national banking association organized under the laws of the United States; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. **8:14-cv-01712-DOC-DFM**<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL |

On December 3, 2014, the Court issued a minute order dismissing Plaintiffs' Complaint for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A dismissal under Rule 41(b) operates as an adjudication on the merits. Accordingly, good cause exists to enter judgment in this matter.

///
///
///

It is therefore ORDERED, ADJUDGED, and DECREED that:

    Judgment shall be and hereby is entered against Plaintiffs Pastor Romero and Sandra Romero, and in favor of Defendant Bank of America, N.A. Plaintiff's case is hereby dismissed with prejudice, and Plaintiffs shall take nothing against Defendant Bank of America.

**IT IS SO ORDERED.**

Dated: December 9, 2014

*/s/ David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE